UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 3:03cr264(AHN) |
| V. | : | |
| JORGE ORLANDO ARDILA | : | October 29, 2004 |

**MOTION FOR CONTINUANCE OF JURY SELECTION**

The undersigned hereby requests the honorable court to extend the time for jury selection date of November 5, 2004 up to and including the January Sentencing Calendar. The undersigned will submit a waiver of speedy trial executed by the defendant in support of this motion.

The undersigned has recently entered the case and has not had sufficient time to review the case. Further the undersigned has most recently finished a trial in United States v. David Jowers in front of the Honorable Alan Nevas on October 27, 2004. Lastly the undersigned is scheduled to begin a trial in United States v. David Arroyo, in front of Stephen Underhill in which Jury Selection begins on November 4, 2004 and evidence is to follow on November 8, 2004. Undersigned has contacted Assistant United States Attorney Stephen Reynolds and he joins in this request.

WHEREFORE, the defendant respectfully requests the continuance of jury selection until the January jury selection calendar.

Respectfully submitted,

**JORGE ORLANDO ARDILA**

By_____
      Francis L. O'Reilly,
      87 Ruane Street
      Fairfield, CT 06430
      PH#203-319-0707
      Fed. Bar No.: CT17505


## CERTIFICATION

      This is to certify that a copy of the foregoing was mailed, postage paid, this date to the following:

Stephen Reynolds, Esq.
United States Attorney's Office
District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT 06601

By: _____
      Francis L. O'Reilly

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 3:03cr264(AHN) |
| V. | : | |
| JORGE ORLANDO ARDILA | : | October 29, 2004 |

## WAIVER OF SPEEDY TRIAL

**JORGE ORLANDO ARDILA**, the defendant in the above caption matter, having been fully advised of his rights under the Speedy Trial Act, 18 U.S.C. sec. 3161 et. seq., does hereby knowingly and intelligently waive those rights insofar as they entitle him to a speedy trial up to and including the January Jury Selection Calander.

_____    _____
Date                                JORGE ORLANDO ARDILA


_____    _____
Date                                Francis L. O'Reilly
                                    87 Ruane Street
                                    Fairfield, CT 06430
                                    203-319-0707
                                    Fed. Bar No. CT17505

**CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage paid, this date to the following:

Stephen Reynolds, Esq.
United States Attorney's Office
District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT 06601

                                                      By: _____
                                                             Francis L. O'Reilly