```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT


                  CALL OF THE CALENDAR

           HONORABLE ALAN H. NEVAS, U.S.D.J.
                 915 LAFAYETTE BOULEVARD
                       BRIDGEPORT
                    COURTROOM NO. 3
                     SECOND FLOOR

                    November 30, 2004

                       9:00 A.M.
```

CALENDAR CALL FOR ALL CASES WILL START PROMPTLY AT 9:00 A.M.

ALL COUNSEL MUST ATTEND THE CALENDAR CALL.  ANY REQUESTS FOR CONTINUANCE OF JURY SELECTION SHALL BE MADE AT THE CALENDAR CALL AND WILL NOT BE GRANTED UNLESS GOOD CAUSE IS SHOWN.  ANY REQUEST BY COUNSEL FOR A CONTINUANCE TO THE NEXT JURY SELECTION DATE MUST INCLUDE A REPRESENTATION THAT HIS/HER CLIENT JOINS IN THE REQUEST. <u>NO WRITTEN MOTIONS WILL BE ENTERTAINED.</u>  PRIOR TO CALENDAR CALL, COUNSEL SHALL CONFER REGARDING MUTUALLY AVAILABLE TRIAL DATES AND LENGTH OF TRIAL AND SHALL REPORT THIS INFORMATION TO THE COURT.

JURY SELECTION IN ALL CASES EXCEPT THOSE IN WHICH A CONTINUANCE IS GRANTED AT THE CALENDAR CALL WILL BE HELD ON <u>December 1, 2004  AT 9:00 A.M.</u>

```
                              ALAN H. NEVAS
                              UNITED  STATES  DISTRICT  JUDGE
```