# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 3:03cr264(AHN) |
| V. | : | |
| JORGE ORLANDO ARDILA | : | October 22, 2004 |

## MOTION FOR PERMISSION TO INCUR EXPENSES FOR INVESTIGATION.

Defendant **JORGE ORLANDO ARDILA** respectfully moves this Honorable Court pursuant to Rule 12 of the Rules of Criminal Procedure to allow defendant to expend $1,500.00 for an investigator. This case is proceeding to trial and the funds are necessary for a proper investigation of the case for the indigent defendant.

Wherefore the defendant moves this Court to grant this motion.

Respectfully submitted,

**JORGE ORLANDO ARDILA**

By_____

Francis L. O'Reilly,
87 Ruane Street
Fairfield, CT 06430
PH#203-319-0707
Fed. Bar No.: CT17505

*SO ORDERED*
*ALAN H. NEVAS, U.S.D.J.*
*11/2/2004 GRANTED*