# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 3:03cr264(AHN) |
| V. | : | |
| JORGE ORLANDO ARDILA | : | October 22, 2004 |

## MOTION FOR PERMISSION TO SUBMIT INTERIM BILLING

The undersigned counsel for the defendant **JORGE ORLANDO ARDILA**, moves for an order permitting counsel to submit interim billing. Counsel is in a two-person law firm and the alleviation of cash flow issues will allow for better representation of the defendant.

Wherefore the defendant moves this Court to grant this motion.

Respectfully submitted,

**JORGE ORLANDO ARDILA**

By _____
Francis L. O'Reilly
87 Ruane Street
Fairfield, CT 06430
TEL (203) 319-0707
FAX (203) 319-0128
Fed. Bar No. CT17505

*[Handwritten stamp: 11/2/2004 GRANTED — ALAN H. NEVAS, U.S.D.J.]*

*FILED 2004 OCT 28 — U.S. DISTRICT COURT, BRIDGEPORT, CT*