# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
2004 OCT 28 P 12: 41

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 3:03cr264(AHN) |
| V. | : | |
| JORGE ORLANDO ARDILA | : | October 22, 2004 |

## MOTION FOR PERMISSION TO INCUR EXPENSES FOR INTERPRETER

Defendant **JORGE ORLANDO ARDILA** respectfully moves this Honorable Court pursuant to 18 U.S.C. §3495(B) to allow defendant to expend expenses for an interpreter. Where there is a language barrier between counsel and client, both find that the assistance of an interpreter, would aid counsel to better serve the defendant. For all of the above reasons the undersigned counsel for the defendant respectfully requests that the honorable Court grant this request.

Respectfully submitted,

JORGE ORLANDO ARDILA

By_____
Francis L. O'Reilly,
87 Ruane Street
Fairfield, CT 06430
PH#203-319-0707
Fed. Bar No.: CT17505

11/04/04. Granted for an amount not to exceed $1,500. So Ordered.

Alan H. Nevas, U.S.D.J.