UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY B-04-1              2004 NOV -9 P 1: 20

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 3:03CR264 (AHN) |
| v. | VIOLATIONS: |
| JORGE ORLANDO ARDILA<br>a/k/a "Angel Rivera"<br>a/k/a "Omar Gonzalez"<br>a/k/a "Cesar Tulio Zuniga-Pacheco"<br>a/k/a "Jorge Builis"<br>a/k/a "The Old Man"<br>a/k/a "Omar," and<br>DANIEL CARO<br>CHRISTOPHER CARILLO<br>a/k/a CHRISTOPHER CARRILLO | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846 (Conspiracy to Possess with Intent to Distribute Cocaine and Heroin)<br>21 U.S.C. §§841(a)(1), 841(b)(1)(C) (Possession with Intent to Distribute and Distribution of Heroin)<br>18 U.S.C. §2 (Aiding and Abetting) |

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

From in or about the summer of 1996, the exact date to the Grand Jury unknown, up to on or about November 2, 2000, the exact date to the Grand Jury unknown, in the District of Connecticut and elsewhere, **JORGE ORLANDO ARDILA**, a/k/a "Angel Rivera," a/k/a "Omar Gonzalez," a/k/a "Cesar Tulio Zuniga-Pacheco," a/k/a "Jorge Builis," a/k/a "The Old Man," a/k/a "Omar," and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together and with one another, to possess with intent to distribute and to distribute 5,000 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

From in or about the summer of 1996, the exact date to the Grand Jury unknown, up to and including September 2, 2003, in the District of Connecticut and elsewhere, **JORGE ORLANDO ARDILA**, a/k/a "Angel Rivera," a/k/a "Omar Gonzalez," a/k/a "Cesar Tulio Zuniga-Pacheco," a/k/a "Jorge Builis," a/k/a "The Old Man," a/k/a "Omar," **DANIEL CARO**, and **CHRISTOPHER CARILLO**, a/k/a Christopher Carrillo, the defendants herein, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together and with one another, to possess with intent to distribute and to distribute 1,000 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT THREE

On or about March 3, 2002, in the District of Connecticut, **JORGE ORLANDO ARDILA**, a/k/a "Angel Rivera," a/k/a "Omar Gonzalez," a/k/a "Cesar Tulio Zuniga-Pacheco," a/k/a "Jorge Builis," a/k/a "The Old Man," a/k/a "Omar," did knowingly and intentionally possess with intent to distribute and did distribute a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FOUR

On or about July 1, 2002, in the District of Connecticut, **JORGE ORLANDO ARDILA**, a/k/a "Angel Rivera," a/k/a "Omar Gonzalez," a/k/a "Cesar Tulio Zuniga-Pacheco," a/k/a "Jorge Builis," a/k/a "The Old Man," a/k/a "Omar," did knowingly and intentionally possess with intent to distribute and did distribute a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about August 1, 2002, in the District of Connecticut, **JORGE ORLANDO ARDILA**, a/k/a "Angel Rivera," a/k/a "Omar Gonzalez," a/k/a "Cesar Tulio Zuniga-Pacheco," a/k/a "Jorge Builis," a/k/a "The Old Man," a/k/a "Omar," did knowingly and intentionally possess with intent to distribute and did distribute a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT SIX

On or about June 5, 2003, in the District of Connecticut, **JORGE ORLANDO ARDILA**, a/k/a "Angel Rivera," a/k/a "Omar Gonzalez," a/k/a "Cesar Tulio Zuniga-Pacheco," a/k/a "Jorge Builis," a/k/a "The Old Man," a/k/a "Omar," and **DANIEL CARO**, the defendants herein, did knowingly and intentionally possess with intent to distribute and did distribute a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and

Title 18, United States Code, Section 2.

## COUNT SEVEN

On or about February 19, 2003, in the District of Connecticut, **CHRISTOPHER CARILLO**, a/k/a Christopher Carrillo, did knowingly and intentionally possess with intent to distribute and did distribute a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT EIGHT

On or about February 21, 2003, in the District of Connecticut, **CHRISTOPHER CARILLO**, a/k/a Christopher Carrillo, did knowingly and intentionally possess with intent to distribute and did distribute a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT NINE

On or about March 3, 2003, in the District of Connecticut, **CHRISTOPHER CARILLO**, a/k/a Christopher Carrillo, did knowingly and intentionally possess with intent to distribute and did distribute a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## NOTICE OF ADDITIONAL FACTORS

1. In committing the offense charged in Counts One, Two, Three, Four, Five and Six of this Indictment, the defendant **JORGE ORLANDO ARDILA**, a/k/a "Angel Rivera," a/k/a "Omar Gonzalez," a/k/a "Cesar Tulio Zuniga-Pacheco," a/k/a "Jorge Builis," a/k/a "The Old Man," a/k/a "Omar":

    a. Committed an offense and relevant conduct involving more than 30 KG or more of heroin and more than 50 kilograms of cocaine, as described in U.S.S.G. § 2D1.1(a)(3).
    United States Sentencing Guidelines §§ 1B1.3 and 2D1.1(a)(3).

    b. Was an organizer or leader of a criminal activity that involved five or more participants or was otherwise extensive, as described in U.S.S.G. §3B1.1(a).
    United States Sentencing Guidelines §3B1.1(a).

2. In committing the offense charged in Counts Two and Six of this Indictment, the defendant **DANIEL CARO**, committed an offense and relevant conduct involving more than 30 KG or more of heroin, as described in U.S.S.G. § 2D1.1(a)(3).
    United States Sentencing Guidelines §§ 1B1.3 and 2D1.1(a)(3).

3. In committing the offense charged in Counts Two, Seven, Eight and Nine of this Indictment, the defendant **CHRISTOPHER CARILLO**, committed an offense and relevant conduct involving 30 kilograms or more of heroin, as described in U.S.S.G. § 2D1.1(a)(3).

United States Sentencing Guidelines §§ 1B1.3 and 2D1.1(a)(3).

A TRUE BILL

*Catherine Bannon*
GRAND JURY FOREPERSON

*[signature]*
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*[signature]*
PETER D. MARKLE
CHIEF, DRUG TASK FORCE

*[signature]*
ALEX V. HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

*[signature]*
STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY