UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 3:03cr264(AHN) |
| V. | : | |
| JORGE ORLANDO ARDILA | : | November 8, 2004 |

## MOTION FOR EARLY DISCLOSURE OF RULE 16(a) AND JENCKS ACT MATERIAL AND MEMORANDUM IN SUPPORT

The Defendant JORGE ORLANDO ARDILA, pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure, the Jencks Act (18 U.S.C. §3500) and paragraphs (3), (4), (5) and (6) of this Court's Standing Order on Discovery, respectfully moves this Honorable Court for an Order directing the U.S. Government to produce all Jencks Act materials, including grand jury testimony of all potential government witnesses, and all written material concerning all prosecution witnesses, as well as any and all reports, memoranda, notes and interview summations concerning such actual/potential government witnesses not less than thirty (30) days prior to jury selection herein.

                Respectfully submitted,

                JORGE ORLANDO ARDILA

                By_____
                   Francis L. O'Reilly,
                   87 Ruane Street
                   Fairfield, CT 06430
                   PH#203-319-0707
                   Fed. Bar No.: CT17505

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 3:03cr264(AHN)** |
| **V.** | : | |
| **JORGE ORLANDO ARDILA** | : | November 8, 2004 |

**MEMORANDUM OF LAW IN SUPPORT OF**
**MOTION FOR EARLY DISCLOSURE OF RULE 16(a) AND JENCKS ACT**
**MATERIAL AND MEMORANDUM IN SUPPORT**

The Defendant hereby submits this memorandum of law in support of his motion for early disclosure of all Fed. R. Crim. P. 16(a) and Jencks Act material.

Fed. R. Crim. P. 16(a) provided for discovery and inspection of the defendant's prior statements, the defendant's prior record, of documents and tangible objects, of reports of examination and test, and for disclosure of expert witness information. Id. 18 U.S.C. § 3500 (The Jencks Act) provides for the disclosure to defense of the grand jury testimony of a witness, but only after such witness has testified at a trial or hearing. However, under Fed. R. Crim. P. 16(d), the District Court may modify any protective or discovery order previously issued upon the making of a "sufficient showing" by a movant seeking discovery. The government has disclosed numerous investigative reports of witness interviews. However, the defendant is requesting this Court to order the government to turn over to the defendant the notes taken by the government agents during the proffer sessions. These notes are taken contemporaneous to

the questions asked during the proffer session and are a verbatim recording of the witness statement.

      The Defendant submits that reasons which strike to the heart of judicial economy and fundamental fairness constitute a "sufficient showing" as to why early disclosure of grand jury testimony must be made. Fed. R. Crim. P. 16(d)(1). For these reasons, defendant respectfully submits that all Rule 16(a) and Jencks Act disclosure must be turned over to the defendant immediately.

Respectfully submitted,

JORGE ORLANDO ARDILA

By_____
    Francis L. O'Reilly,
    87 Ruane Street
    Fairfield, CT 06430
    PH#203-319-0707
    Fed. Bar No.: CT17505

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage paid, this date to the following:

Stephen Reynolds, Esq.
United States Attorney's Office
District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT 06601

                                By: _____
                                    Francis L. O'Reilly