UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Crim. No. 3:03CR264(AHN) |
| | : | |
| **JORGE ORLANDO ARDILA,** | : | |
| **Defendant.** | : | |

## ORDER

Attorney Francis L. O'Reilly, counsel for Jorge Orlando Ardila, is hereby ORDERED to appear as counsel in the United States District Court, District of Connecticut, 915 Lafayette Boulevard, Bridgeport, Connecticut, on the following days and times and for the following purposes: November 30, 2004, 9:00 a.m. to 9:30 a.m., CALENDAR CALL; December 1, 2004, 9:00 a.m. to 5:00 p.m., JURY SELECTION; December 6 - 10, 2004, and December 13 - 14, 2004, 9:00 a.m. to 5:00 p.m., JURY TRIAL.

So ordered this 19th day of November, 2004, at Bridgeport, Connecticut.

/s/
Alan H. Nevas,
Senior U.S. District Judge