12/1/04

I Jorge Avdila, recognizing my rights under the Speedy Trial Act, hereby waive my right to be tried by a jury thirty days or more from the date of my Indictment.

Francis O'Rally
Attorney

Jorge Avdila

COURT'S EXHIBIT 1
3:03CR264