UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.: 3:03CR264(AHN) |
| | : | |
| JORGE ORLANDO ARDILA | : | December 6, 2004 |

### MOTION IN LIMINE TO PRECLUDE CROSS-EXAMINATION ABOUT THE CIRCUMSTANCES SURROUNDING THE PRIOR BAD ACTS OF COOPERATING WITNESS EDDIE LAWHORN

The government hereby moves the district court to preclude counsel for defendant Ardila from questioning cooperating witness Eddie Lawhorn about the lurid and inflamatory details surrounding his commission of a murder.

The arguments and legal authority in support of the government's motion are set forth in the memorandum of law submitted herewith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

ALEX HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT08345

STEPHEN REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT19105

1

CERTIFICATE OF SERVICE

  This is to certify that on December 5, 2004, a copy of the foregoing was provided to the defendant's attorney of record:

Francis O'Reilly, Esq.
O'Reilly and Shaw
2 Sherman Court
Fairfield, CT 06430

_____
Alex Hernandez