UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.: 3:03CR264(AHN) |
| | : | |
| JORGE ORLANDO ARDILA | : | December 6, 2004 |

### MOTION IN LIMINE TO PRECLUDE CROSS-EXAMINATION REGARDING THE NATURE OF THE CRIMINAL CONVICTIONS OF THE GOVERNMENT'S WITNESSES

The government hereby moves the district court to preclude counsel for defendant Ardila from questioning the government's cooperating witnesses about the nature and circumstances of their criminal record.

The arguments and legal authority in support of the government's motion are set forth in the memorandum of law submitted herewith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

ALEX HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT08345

STEPHEN REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT19105

1

## CERTIFICATE OF SERVICE

This is to certify that on December 5, 2004, a copy of the foregoing was provided to the defendant's attorney of record:

Francis O'Reilly, Esq.
O'Reilly and Shaw
2 Sherman Court
Fairfield, CT 06430

*Alex Hernandez*