UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.: 3:03CR264(AHN) |
| | : | |
| JORGE ORLANDO ARDILA | : | December 7, 2004 |

### MOTION TO PRECLUDE THE IMPEACHMENT OF WITNESSES WITH UNSWORN REPORTS OF INTERVIEW

The government hereby moves to preclude counsel for defendant Ardila from cross-examining the government's witnesses based upon reports of interview prepared by Special Agents of the FBI which were not reviewed by the witnesses nor adopted by them. The legal authority in support of the government's motion is set forth in the memorandum of law submitted herewith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

ALEX HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT08345

STEPHEN REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT19105

CERTIFICATE OF SERVICE

    This is to certify that on December 7, 2004, a copy of the foregoing was provided to the defendant's attorney of record:

Francis O'Reilly, Esq.
O'Reilly and Shaw
2 Sherman Court
Fairfield, CT 06430

_____
Alex Hernandez