UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.: 3:03CR264(AHN) |
| | : | |
| JORGE ORLANDO ARDILA | : | December 8, 2004 |

## MOTION FOR A RULING, IN LIMINE, CONCERNING THE ADMISSIBILITY OF BACKGROUND EVIDENCE

The government hereby moves the Court for a ruling, in limine, regarding the admissibility of background evidence concerning the relationship between cooperating witness Juan Rosario and the defendant which predates the period of time charged in Counts one and two. The legal authority in support of the government's motion is set forth in the memorandum of law submitted herewith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

ALEX HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT08345

STEPHEN REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT19105

## CERTIFICATE OF SERVICE

    This is to certify that on December 8, 2004, a copy of the foregoing was provided to the defendant's attorney of record:

Francis O'Reilly, Esq.
O'Reilly and Shaw
2 Sherman Court
Fairfield, CT 06430

_Alex Hernandez_