USA vs. Ardilla  3:02cr264 (AHN)

Gvt- Witness list                    12/13/04

## USA v. ARDILA

**Sergeant Juan Gonzalez, Jr.**   12/6/04    Bpt, CT   12/8/04, 12/13/04

**Detective Thomas Russell**  -  12/6/04   - Bpt, CT

**Detective Richard DeRiso**  -  12/6/04   - Bpt, CT

**Eddie Lawhorn**  -  12/6/04

**Jon Hosney**  -  12/6/04  & 12/7/04 - 12/9/04 - Bpt, CT

**Frank Estrada**  - 12/7/04  &  12/8/04

**Carol Wynn**  -  12/12/04

**Luis Estrada**   12/8/04  -  12/9/04

**Juan Rosario a/k/a "Maneco"**  - 12/9/04

**William Acevedo**  -  12/10/04






Page 1 of 2

12/9/04   **DEA Chemist Chrisanne Eleftheriou** - NY city - expert 12/9/04

**Eddie Gonzalez** - 12/10/04 & 12/13/04

~~**Custodian of Records,**~~
~~**Connecticut Departement of Motor Vehicles**~~

**FBI Special Agent David Dillon** - 12/13/04