*all exhibits entered* 12/6/04

R – Return to the AGENT

K – I keep evh

# GOVERNMENT'S EXHIBIT LIST

## UNITED STATES V. JORGE ORLANDO ARDILA
## CRIMINAL NUMBER 3:03CR264(AHN)

### General Exhibits (0-199)

**United States District Court**
**District of Connecticut**
**FILED AT   BRIDGEPORT**
**12/13/04**
**Kevin F. Rowe, Clerk**
**By_____**
**Deputy Clerk**

#### Ayala's Apartment

12/6/01 — 1A -- Radio Scanner — R ✔

12/6/04 — 1B -- Radio Scanner — R ✔

12/6/04 — 2 -- Century Safe (photo) — K ✔ ✔

12/6/04 — 2A -- Century Safe Drawer (photo) — K ✔

12/6/04 — 2B -- Century Safe Drawer (photo) ?

12/6/04 — 3 -- .45 Caliber Ammo. Box — R ✔

4 -- ~~Latent Fingerprints (1 & 2)~~

5 -- ~~Latent Fingerprints (3 & 4)~~

12/6/04 — 6 -- Packaging Materials, Pager — R ✔

7 -- ~~White Shopping bag used to hold .45 caliber rounds~~

12/6/04 — 8 -- Consent to Search Form — K  Don't have ✔

9 --

10 --

#### 80 Granfield Avenue, Bridgeport, CT (March 7, 1997)

12/6/04 — 11 -- Connecticut Superior Court Search and Seizure Warrant  ? Don't have ✔

12/6/04 — 12 -- Particle Mask — K ✔

12/6/04 — 13 -- digital scale — K ✔ ✔

1

12/6/04 · 14 -- stamps and pads  - K  ✓  ✓

12/6/04 - 15 -- 6 boxes containing Set It Off glassines  K  ✓  ✓

12/6/04 - 15A-- 1 box marked "Monkey B" containing Set It Off glassines  - K  ✓

12/6/04 -- 16 -- 3 box containing Ransom glassines  - K  ✓  ✓

12/6/04 · 17 -- red glassine envelopes - K  ✓  ✓

12/6/04 · 18 -- miscellaneous glassine envelopes  - K  ✓  ✓

12/6/04 - 19 -- blue nylon bag  - K  ✓  ✓

## Estrada Case Photographs

12/6/04 - 20– Aerial Picture of PT Barnum Housing Complex  K  ✓  ✓

21 -- Aerial Picture of PT Barnum Housing Complex (Blow Up)

12/6/04 - 22 -- 80 Granfield Avenue, Bridgeport, CT  -  K  ✓  ✓

12/6/04 · 23 -- 140 Alice Street, Bridgeport, CT  ᵜ K  ✓ ✓

12/7/04 - 24 -- Club Innovations  ✓  ✓

25 -- ~~672 Atlantic Street, Bridgeport, CT~~

26 -- ~~179-183 Whitney Avenue, Bridgeport, CT~~

27 -- ~~2472 Main Street, Bridgeport, CT~~

28 -- ~~8 Jetland Place, Bridgeport, CT~~

29 -- ~~545 Howard Avenue, New Haven~~

30 -- ~~566 Howard Avenue, New Haven~~

12/7/04 - 31 -- Photograph of Edward Estrada, *et al* - K  ✓  ✓

2

32 -- ~~268 Portsea Street, New Haven~~

33 -- Exterior, P.T. Barnum Housing Project

34 -- ~~71 Sydney Street, Bridgeport~~

35 -- ~~Glock .40 caliber recovered by Meriden Police Department~~

36 -- ~~Notations~~

12/6/04 – 37 -- Bodega De Carmen, 727 Noble Avenue, Bridgeport – K ✔ ✔

38 -- ~~52 Hudson Street, Bridgeport~~

12/7/04 – 39 -- Photograph of Eddy Mercado  K ✔ ✔

40 -- Photograph of Jose Rodriguez

12/6/04 – 41– Photograph of Joseph Butler – K ✔ ✔

12/6/04 – 42 -- Photograph of Nelson Carrasquillo – K ✔ ✔

43 -- Photograph of Pablito Cotto

44 -- Photograph of Rosario Cotto

12/6/04 – 45 -- Photograph of Hector Cruz – K ✔ ✔

12/7/04 – 46 -- Photograph of Charles DeJesus  K ✔ ✔

12/6/04 – 47 -- Photograph of Felix DeJesus – K ✔ ✔

48 -- Photograph of Carmen Estrada

12/6/04 – 49 -- Photograph of Edward Estrada  · K ✔ ✔

12/6/04 – 50 -- Photograph of Frankie Estrada – K ✔ ✔

51 -- Photograph of Juan Estrada

52 -- Photograph of Nellie Estrada

53 -- Photograph of Orlando Estrada

12/7/04 – 54 -- Photograph of Daniel Herredia -

12/7/04 – 55 -- Photograph of Michael Hilliard -

56 -- Photograph of Christopher Hopkins

12/7/04 – 57 -- Photograph of Makene Jacobs -

12/7/04 – 58 -- Photograph of Jermaine Jenkins

12/7/04 – 59 -- Photograph of Glenda Jiminez -

12/7/04 – 60 -- Photograph of Viviana Jiminez -

12/8/04 – 61 -- Photograph of Eddie Lawhorn -

12/7/04 – 62 -- Photograph of Jose Lugo -

12/6/04 – 63 -- Photograph of Tamarius Maner -

64 -- Photograph of Enrique Martinez

65 -- Photograph of Ismael Padilla

12/7/04 – 66 -- Photograph of Amelia Pereira -

12/7/04 – 67 -- Photograph of David Perez

68 -- Photograph of Jose Reyes

69 -- Photograph of Arnold Rodriguez

70 -- Photograph of Benito Rosario

12/7/04 – 71 -- Photograph of Ricardo Rosario

72 -- Photograph of Felipe Santana (a.k.a. Omar Soto)

73 -- Photograph of Yamarr Shipman

12/7/04 – 74 -- Photograph of Isaias Soler

12/7/04 – 75 -- Photograph of Juan Rodriguez, a.k.a. "Lollie"

4

12/6/04     76 --   Photograph of William Rodriguez ?? Gomez  K ✔ ✓

77A --  Photograph of Glenda Valentin

77B --  Photograph of Glenda Valentin

78 --   Photograph of Luis Colon

79 --   Photograph of Arnold Rodriguez

80 --   Summary Chart, Economics of a Kilogram of Heroin

81 --   Summary Chart, Economics of a Kilogram of Heroin

12/6/04-   82 --   728 – 730 Noble Avenue, Bridgeport  K ✔ ✓

83 --   727 Noble Avenue, Bridgeport  ✔?

84 --   ~~Apt. #2, 212 Pacific Street, Bridgeport~~

85 --   Photograph of Armando Matos

86 --   Photograph of Ernesto Rodriguez

12/7/04-   87 --   Photograph of Shalimar Rivera  – K ✔ ✓

12/7/04 -  88 --   Photograph of Hector Gonzalez a/k/a "June Bug"  K ✔ ✓

89 --   ~~Rubber bands recovered from Ricardo when arrested~~

90 --   ~~August 27, 2001 Fingerprint Report re: Identification of Ricardo Rosario's Print~~

91 --   ~~Fingerpint comparison Chart Re: Ricardo Rosario's Print~~

12/10/04-92 --  Photograph of La Unica Market & Deli – 753 State Street ✓   ✓

93 --   ~~Photograpf of La Primera – 258 Wood Avenue~~

94 --   ~~Notice of Rights Form (Omar Soto, a/k/a Felipe Santana)~~

95 --   Street Map – Noble / Ogden Bridgeport, CT

96 --   ~~Informant Registration Form (Omar Soto, a/k/a Felipe Santana)~~

5

97 – 727 Noble Avenue – Rear

98 – 727 Noble Avenue – Rear

99 --

## Oamr Case Photographs

100 – Photograph of Jorge Orlando Ardila a/k/a "Omar"

12/6/04 - 101 – Photograph of Frankie Estrada

12/6/04 – 102 – Photograph of Eddie Lawhorn

12/7/04 – 103 – Photograph of Juan Rosario a/k/a "Maneco"

12/9/04 – 104 – Photograph of Daniel Caro

12/9/04 - 105 – Photograph of Eddie Gonzalez

12/10/04 106 – Photograph of Christopher Carillo

12/13/04 – 107 – Photograph of Jason Carillo

12/7/04 - 108 – Photograph of Luis Estrada

12/7/04 – 109 – Photograph of William a/k/a "Wilo" Acevedo

12/7/04 110 – Photograph of Maria DelMar

12/6/04 – 111 – Photograph of corner of Yale Street and Fairfield Avenue (condos)

12/6/04 - 112 – Photograph of Yale Street condos

12/6/04 – 113 – Photograph of Yale Street condos

114 – Photograph of St. George's Church (left view)

115 – Photograph of St. George's Church (right view)

12/7/04 - 116 – Photograph of St. George's Church (straight on)

121 B - S.S. Card (Maria Delmar)
121 C - Columbian Passport of Maria Delmar
121 D - RSW - visa of Maria Delmar
121 E - Finger Print Card of Maria Delmar
121 F - Biographical information sheet
121 G - Birth Certificate of Maria Delmar
122 A - Documents from (A) file - copy of Columbian Passport
122 B - Record of Deportable Alien
122 K - NY Drivers lic - 3 copies
122 C - Information of travel Document
122 E - Record of Deportable Alien
122 F - Information for Travel Document
122 L - Photo from (A) file
122 H - Warrant of Deportation
122 J - External Deportation Docket Control Action Slip

121 A - App for Registration

12/9/04    117 –  Photograph of Greater New Haven Auto Auction (distance) _k _ _

           118 –  Photograph of Greater New Haven Auto Auction (closer)

           119 –  Photograph of Greater New Haven Auto Auction (left)

12/13/04   120 –  Connecticut DMV License for Angel Rivera _ _
                  120A – Marrandra Rights in Spanish _
12/13/0 –Full 121 –  Maria DelMar Application for Permanent Resident status
                  121 B – S.S. Card of Maria D _ k _
12/13/14 – ID 122 –  A-files

           123 –

           124 –

           125 –

           126 –

           127 –

           128 –

           129 –

12/    130 – Des Reguila Reports
       130A – print Summary of cellphone –k _
ID  – 131 – Time line chart
ID  – 131 A – Blown up chart of Timeline chart.

           132 –

           133 –

           134 –

           135 –

           136 –

           137 –

           138 –

139 --

140 --

141 --

142 --

143 --

144 --

145 --

146 --

147 --

148 --

149 --

150 --

151 --

152 --

153 --

154 --

155 --

156 --

157 --

158 --

159 --

160 --

## Narcotics Exhibits (200 Series)

200- ~~DEA Laboratory Report dated 5/17/96 (Eddie Mercado arrest 2/10/96)~~

201- ~~DEA Laboratory Report dated 6/3/96 (Eddie Mercado arrest 5/29/96)~~

202- ~~DEA Laboratory Report dated 6/3/96 (Eddie Mercado arrest 5/29/96)~~

### Ayala Narcotics

12/6/04 — 203- Heroin seized on 6/17/96 from Ayala's Apartment ✓ R ✓

12/6/04 — 203A- Packaging from 203 (Ayala's Apartment) ✓ R ✓

12/9/04 — 203B- DEA Laboratory Report dated 11/27/96 for 203 (Ayala's Apartment) ✓ K ✓

### 80 Grandfield Narcotics

12/6/04 — 204A- Cocaine base seized from Grandfield on 3/7/97 ✓ R ✓

12/6/04 — 204B- Cocaine base seized from Grandfield on 3/7/97 ✓ R ✓

12/9/04 — 204C- State Laboratory Report dated 11/13/97 for 204 (a) and (b) ✓K

12/6/04 — 205- Heroin marked "Set It Off" seized from Grandfield on 3/7/97 ✓ R ✓

12/6/04 — 206- One plastic bag containing cocaine seized from Grandfield on 3/7/97 ✓ R ✓

12/6/04 207- Two clear plastic bags with heroin seized from Grandfield on 3/7/97 ✓R ✓

12/9/04 — 207A- State Laboratory Report dated 2/6/98 for 205, 206, and 207 K ✓

12/6/04 — 208A- Two coffee grinders seized from Grandfield on 3/7/97. ✓ R ✓

12/6/04 — 208B- Two coffee grinders seized from Grandfield on 3/7/97. ✓ R ✓

12/6/04 — 208C- Two coffee grinders seized from Grandfield on 3/7/97. ✓ R ✓

12/6/04 — 208D- Coffee grinder lids seized from Grandfield on 3/7/97. ✓ R ✓ ✓

12/6/04 — 208E- Small coffee spoons with residue seized from Grandfield on 3/7/97. ✓ R ✓

12/6/04 — 208F- DEA Lab Report dated 9/4/01 for residue on 208 items seized from Grandfield on 3/7/97 ✓ K ✓

12/13/04  204D – stip & agreement ✓
          205B – stip & agreement ✓
          206B – stip & agreement ✓
          207B – stip & agreement ✓
          209A – stip & agreement ✓

9

**Alice Street Narcotics**

12/6/04  209-  Heroin seized from Felix DeJesus on 2/5/97 (Alice Street)  ✓ R ✓

12/9/04  209A- State Laboratory Report dated 1/28/98 for 209 (Alice Street)  ✓ K ✓

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

210-  ~~Heroin purchased from Nelson Carrasquillo on 12/16/99.~~

210A- ~~DEA Laboratory Report dated 1/13/2000 for 210~~

211-  ~~Heroin seized from Felipe Santana on 10/27/99 the evidence is at the DEA as of 8/14/01~~

211A- ~~DEA Laboratory Report dated 5/19/01 for 211~~

212-  ~~Heroin seized from Felipe Santana on 10/29/99 the evidence is at the DEA as of 8/14/01~~

212A- ~~DEA Laboratory Report dated 5/19/01 for 212~~

213-  ~~Heroin seized from Pablito Cotto on 12/17/99 the evidence is at the DEA as of 8/14/01~~

213A- ~~DEA Laboratory Report dated 5/19/01 for 213~~

214-  ~~Heroin seized from Felipe Santana on 12/21/99 the evidence is at the DEA as of 8/14/01~~

214A- ~~DEA Laboratory Report dated 5/19/01 for 214~~

215-  ~~Heroin purchased from Yamarr Shipman on 1/20/00~~

215A- ~~Packaging material for 215~~

215B- ~~DEA Laboratory Report dated 1/21/00 for 215~~

216-  ~~Heroin purchased from Yamarr Shipman on 2/23/00~~

216A- ~~Packaging material for 216~~

216B- ~~DEA Laboratory Report dated 4/13/00 for 216~~

217-  ~~Heroin purchased from Yamarr Shipman on 2/29/00~~

217A- ~~Packaging material for 217~~

217B-  DEA Laboratory Report dated 4/13/00 for 217

218-   Heroin seized from Glenda Jimenez on 3/1/00

218A-  Packaging material for 218

218B-  DEA Laboratory Report dated 4/13/00 for 218

219-   Seizure of cocaine base from Glenda Jimenez on 3/1/00

219A-  Packaging material for 219

219B-  DEA Laboratory Report dated 4/13/00 for 219

220-   Heroin purchased from Chris Hopkins on 3/6/00

220A-  Packaging material for 220

220B-  DEA Laboratory Report dated 4/13/00 for 220

221-   Heroin purchased from Rosario Cotto by UC on 3/7/00

221A-  Packaging material for 221

221B-  DEA Laboratory Report dated 4/13/00 for 221

222-   Heroin purchased from Chris Hopkins on 3/9/00

222A-  Packaging material for 222.  Not found as of 8/14/01

222B-  DEA Laboratory Report dated 4/13/00 for 222

223-   Heroin purchase from Chris Hopkins on 3/9/00

223A-  Packaging material for 223

223B-  DEA Laboratory Report dated 4/13/00 for 223

224-   Heroin purchased from Benito and Ricardo Rosario on 3/29/00

224A-  Packaging material for 224

224B-  DEA Laboratory Report dated 4/13/00

11

### Hector Cruz Buys from Nelson Carrasquillo (4/13/2000 & 4/28/2000)

12/6/04 - 225-   Heroin purchase from Nelson Carrasquillo on 4/13/00

12/9/04 - 225A-   DEA Laboratory Report dated 6/9/00 for 225

12/6/04 - 226-   Heroin purchased from Nelson Carrasquillo on 4/28/00

12/9/04 - 226A-   DEA Laboratory Report dated 6/12/00 for 226

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

227-   ~~Cocaine base purchased from Benito Rosario on 4/30/00~~

227A-   ~~Packaging material for 227~~

227B-   ~~DEA Laboratory Report dated 5/3/00 for 227~~

### Hector Cruz Buy from Nelson Carrasquillo (6/27/2000)

12/6/04 - 228-   Heroin purchased from Nelson Carrasquillo on 6/27/00

12/9/04 - 228A-   DEA Laboratory Report dated 8/30/00 for 228

### 19 Brick Seizure at Noble Avenue / Bodega de Carmen (6/29/2000)

12/6/04 - 229-   Seizure of nineteen bricks of heroin from Noble Ave. on 6/29/00

12/6/04 - 229A-   Seizure of nineteen bricks of heroin from Noble Ave. on 6/29/00

12/6/04 - 229B-   Seizure of nineteen bricks of heroin from Noble Ave. on 6/29/00

12/9/04 - 229C-   DEA Laboratory Report dated 7/25/00 for 229

### 6 Brick Seizure from Tamarius Manner on 8/2/2000

12/6/04 - 230-   Seizure of heroin from Tamarius Manner on 8/2/00

12/9/04 - 230A-   DEA Laboratory Report dated 8/7/01 for exhibit 230

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

231-    ~~Purchase of heroin from Nelson Carrasquillo on 8/9/00~~

231A-   ~~Packaging material for 231~~

231B-   ~~DEA Laboratory Report dated **** for 231~~


## Hector Cruz Buy from Nelson Carrasquillo (8/24/2000)

12/10/04- 232-    Purchase of heroin from Nelson Carrasquillo on 8/24/00   ✓ R   ✓

12/9/04- 232A-   DEA Laboratory report dated 8/8/01 for 232   ✓ K   ✓

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

233-    ~~Purchase from Isiasis Soler on 8/29/00~~

233A-   ~~Packaging material for 233~~

233B-   ~~DEA Laboratory report dated for 233~~


## Joe Butler Buys from Edward Estrada (10/5/2000, 10/6/2000 & 10/10/2000)

12/6/04- 234-    Purchase from Edward Estrada on 10/5/00   ✓ R   ✓

12/9/04- 234A-   DEA Laboratory report dated 8/28/01 for 234   ✓ K   ✓

12/6/04- 235-    Purchase from Edward Estrada on 10/6/00   ✓ R   ✓

12/9/04- 235A-   DEA Laboratory report dated 8/28/01 for 235.   K   ✓

12/6/04- 236-    Purchase from Edward Estrada on 10/10/00   ✓ R   ✓

12/9/04- 236A-   DEA Laboratory report dated 8/28/01 for 236   K ✓   ✓

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

237-    ~~Heredia search incident to arrest on 12/7/01 pipe and packaging material~~

237-    ~~DEA Laboratory report dated for 237~~

238–

13

## Omar Narcotics from Controlled Purchases

12/8/04  250 – Heroin purchased on 3/3/2002 (Luis & Omar)  R

12/8/04  250A– Packaging materials for 250  R

12/9/04  250B– DEA Lab Report dated 10/21/02 for 250  K

12/8/04  251 – Heroin purchased on 7/1/2002 (Luis & Rosario)  R

12/8/04  251A– Packaging materials for 251  R

12/9/04  251B– DEA Lab Report dated 10/28/02 for 251  K

12/8/04  252 – Heroin purchased on 7/8/2002 (Luis & Rosario)  R

12/8/04  252A– Packaging materials for 252  R

12/9/04  252B– DEA Lab Report dated 10/28/02 for 252  K

12/8/04  253 – Heroin purchased on 8/1/2002 (Luis & Omar)  R

12/8/04  253A– Packaging materials for 253  R

12/9/04  253B– DEA Lab Report dated 10/21/02 for 253  K

12/8/04  254 – Heroin purchased 11/22/2002 (Luis & Rosario)  R

12/9/04  254A– DEA Lab Report dated 3/18/04 for 254  K

12/9/04  255 – 50 gram heroin buy (Wilo, Omar & Daniel Caro)  R

12/9/04  255A– DEA Lab Report dated 3/19/04 for 255  K

14

### Firearms Exhibits (300 Series)

### Ayala Apartment (6/17/96)

12/6/04 – 301- AA Arms 9mm Machine Pistol Serial Number 001632 and magazine seized from Ayala's ✓ R ✓ apartment on 6/17/96  w/Clip

301A- ~~9mm ammunition seized from Ayala's apartment on 6/17/96~~

12/6/04 – 302- Llama .45 caliber pistol serial number A12087 & clip seized from Ayala's apartment on ✓ w/ R ✓ 6/17/96  Clip

302A- ~~.45 caliber ammunition seized from Ayala's apartment on 6/17/96~~

### Alice Street (2/5/97)

12/6/04 – 303- Glock Model 19 Pistol Serial Number ZH666US seized from Alice Street on 2/5/97 ✓ R ✓

303A- ~~One magazine and seventeen rounds of 9mm ammunition for 303~~

### 80 Granfield (3/7/97)

12/6/04  304- Sig Sauer .45 caliber Model P220 Pistol Serial Number G230082 seized from Grandfield ✓R ✓ on 3/7/97

– 12/6/04  304A- ~~Two magazines with sixteen rounds of .45 caliber ammunition for 304~~

12/6/04  305- Smith and Wesson .38 caliber Special Model 36-1 Serial Number J485765 seized from ✓ R ✓ Grandfield on 3/7/97

305A- ~~.38 caliber bullets for 305~~
305 B
305A- ~~black holster for 305~~

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

306- ~~S and S Streetsweeper 12 gauge Serial Number SH1436 seized from abandoned vehicle in   PT Barnum~~

306A- ~~Eleven rounds of 12 gauge shotgun shells~~

**Tapes and Transcripts 400 Series**

**Omar Case Controlled Purchases / Consensual Recordings to be Played at Trial**

400    -    March 3, 2002 CMT (Tape) @ 12:27 (CD 4)

400a    -    Transcript for 400

401    -    March 3, 2002 CMNT (CD) @ 13:43 (CD1)

401a    -    Transcript for 401

402    -    March 7, 2002 CMT (Tape) @ 18:23 (CD 4)

402a    -    Transcript for 402

403    -    March 8, 2002 CMT (Tape) @ 16:14 (CD 4)

403a    -    Transcript for 403

404    -    April 3, 2002 CMT (Tape) @ 11:55 (CD 4)

404a    -    Transcript for 404

405    -    April 3, 2002 CMT (Tape) @ 12:21 (CD 5)

405a    -    Transcript for 405

406    -    April 23, 2002 CMT (Tape) @ 17:33 (CD 4)

406a    -    Transcript for 406

407    -    May 16, 2002 CMNT (Tape) @ 7:33 (CD 1)

407a    -    Transcript for 407

408    -    July 1, 2002 CMT (Tape) @ 16:40 (CD 4)

408a    -    Transcript for 408

409    -    July 1, 2002 CMNT (CD) @ 16:51 (CD 1)

409a    -    Transcript for 409

12/8/04

| | | |
|---|---|---|
| 410 | - | July 31, 2002 CMNT (CD) @ 7:53 (CD 1) |
| 410a | | Transcript for 410 |
| 411 | - | August 1, 2002 CMNT (CD) @ 8:09 (CD 1) |
| 411a | | Transcript for 411 |
| 412 | - | February 18, 2003 CMT (Tape) @ 15:18 (CD 4) |
| 412a | | Transcript for 412 |
| 413 | - | April 16, 2003 CMNT (CD) @ 7:59 (CD 2) |
| 413a | | Transcript for 413 |
| 414 | - | May 13, 2003 CMNT (CD) @ 16:36 (CD 2) |
| 414a | | Transcript for 414 |
| 415 | - | June 5, 2003 CMNT (CD) @ 9:58 (CD 3) |
| 415a | | Transcript for 415 |
| 416 | - | June 12, 2003 CMNT (CD) @ 8:23 (CD 4) |
| 416a | | Transcript for 416 |
| 417 | - | June 11, 2003 CMNT (CD) @ 13:32 (CD 4) |
| 417a | | Transcript for 417 out |
| 418 | - | June 26, 2003 CMNT (CD) @ 11:21 (CD 3) |
| 418a | | Transcript for 418 |
| 419 | - | August 14, 2003 CMNT (Tape) @ 12:36 (CD 2) |
| 419a | | Transcript for 419 out            out |

12/8/31

**Casette Tapes of Omar Case Controlled Purchases / Recordings NOT to be Played at Trial**

420  -  3/3/02 13:45 Hours - 14:36 Hours CMNT Tape 1 of 2 Side A & B

421  -  3/3/02 13:45 Hours - 14:36 Hours CMNT Tape 2 of 2 Side A

422  -  4/12/02 09:45 Hours – 10:50 Hours CMNT

423  -  5/6/02 14:45 Hours CMT

424  -  5/6/02  14:50 Hours CMT

425  -  5/7/02 CMT

426  -  5/7/02  CMNT

427  -  5/16/02 07:33 Hours CMNT

428  -  5/17/02 CMT

429  -  6/20/02 19:16 Hours CMT

430  -  6/20/02 CMT

431  -  6/20/02 19:38 Hours CMNT

432  -  6/20/02 CMT

433  -  6/20/02 CMT

434  -  7/1/02 16:51 Hours CMNT

435  -  7/1/02 17:50 Hours CMT

436  -  7/8/02 CMT

437  -  7/8/02 CMNT

438  -  7/9/02 CMT

439  -  7/9/02 CMNT

440  -  8/1/02 CMNT

441  -  9/6/02 12:33 Hours – 12:38 Hours CMT

442  -  10/7/02 CMT

443  -  11/22/02 CMNT

444  -  11/22/02 CMT

445  -  2/18/03 CMT

446  -  4/16/03 CMNT

447  -  5/13/03 04:30 PM to 06:21 PM CMNT

448  -  5/15/03 CMNT

449  -  5/20/03 CMNT

450  -  5/22/03 10:01 Hours to 12:06 Hours CMNT Sides A & B Tape #1

451  -  5/22/03 12:17 Hours – 13:03 Hours CMNT Side A Tape #2

452  -  6/11/03 1:32 PM to 2:09 PM CMNT

453  -  6/12/03 8:23 to 10:15 CMNT

454  -  6/19/03 CMNT

455  -  6/19/03 11:29 – 12:02 Hours CMNT Side A Tape #2

456  -  6/19/03 12:02 – 12:35 Hours CMNT Side B Tape #2

457  -  6/19/03 12:35 – 12:54 Hours Side A

458  -  6/26/03 11:21 – 12:05

19

12/8/04

## CDs of Omar Case Controlled Purchases / Recordings NOT to be Played at Trial

459  -  3/13/02 CW and Angel Rivera a/k/a Omar

460  -  3/13/02 CW and Angel Rivera a/k/a Omar

461  -  5/6/02  CW and Juan Rosario

462  -  6/20/2002

463  -  7/8/2002

464  -  4/17/03 CW and Angel Rivera a/k/a Omar

465  -  4/18/03 CW (no meeting took place)

466  -  5/13/03 CW and Edwin Gonzalez

467  -  5/15/03 CW and Angel Rivera a/k/a Omar

468  -  5/20/03 CW and unknown male

469  -  5/22/03 CW and Angel Rivera

470  -  6/11/03 CW and Edwin Gonzalez

471  -  6/19/03 CW and Angel Rivera a/k/a Omar

## Composite CDs of Omar Case Controlled Purchases / Recordings to be Played at Trial

12/8/04 -  480  -  Composite CD of Controlled Purchases / Consensual Recordings CD 1

12/8/04 -  481  -  Composite CD of Controlled Purchases / Consensual Recordings CD 2

12/8/04  482  -  Composite CD of Controlled Purchases / Consensual Recordings CD 3

12/8/04  483  -  Composite CD of Controlled Purchases / Consensual Recordings CD 4

12/8/04  484  -  Composite CD of Controlled Purchases / Consensual Recordings CD 5

20

## Plea / Cooperation Agreements (500 Series)

12/7/04 Full 500 ✓ –     Frankie Estrada Plea Agreement dated January 7, 2002 ✓ K ∟

12/7/04 Full 500A ✓–     Frankie Estrada Cooperation Agreement dated March 6, 2002 ∟

500B –     Frankie Estrada Information for VCAR Murder

12/7/04 Full 500C ✓–     Frankie Estrada Plea Agreement for VCAR Murder dated May 13, 2004 ∟

12/6/04 Full 501 –     Eddie Lawhorn Plea Agreement dated February 1, 2002 . K ✓ ∟

12/6/04 Full 501A –     Eddie Lawhorn Cooperation Agreement dated July 30, 2002 · K ✓ ∟

12/9/04 – 502 –     Juan Rosario Plea Agreement K✓ ∟

12/9/04 – 502A –     Juan Rosario Cooperation Agreement K✓ ∟

12/10/04 – 503 Full     Eddie Gonzalez Plea Agreement ∟

12/10/04 – 503A Full –     Eddie Gonzalez Cooperation Agreement ∟

503B –     Eddie Gonzalez Old Plea Agreement?

504 –     William Acevedo Plea Agreement?

504A –     William Acevedo Cooperation Agreement

504B –     William Acevedo Old Plea Agreement?

505 –

505A –

21

**DEFENSE EXHIBITS**

# DEFENSE EXHIBITS (CONTINUED)