| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | U.S.A | | vs. | Ardilla — CASE NO. 3:03CR264 (AHN) |
| | | 12/8/04 | 1 | | Note from Juror #1 |
| | | 12/9/04 | 1 | | Note from Juror #2 |
| | | 12/9/04 | 1 | | Note from Juror #3 |
| | | 12/10/04 | 1 | | Note from Juror #4 |
| | | 12/14/04 | 1 | | Note from Jury #5 |
| | | 12/14/04 | 1 | | ~~Note from Jury~~ Redacted 2nd Superseding Indictment #6 |
| | | 12/14/04 | 1 | | Note from Jury #7 |
| | | 12/14/04 | 1 | | ~~[illegible]~~ #8 |

Page 1 of 1 Pages