UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,      :

                            :

v.      :      Crim. No. 3:03CR264(AHN)

                            :

JORGE ORLANDO ARDILA,      :
    Defendant.      :

## VERDICT FORM

We the jury unanimously find as to:

**I.**    **COUNT ONE**:   Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine

    A.    As to Count One which charges the defendant, from in or about the summer of 1996 up to on or about November 2, 2000, with a violation of Title 21, United States Code, Sections 841 and 846, we unanimously find the defendant:

              ✓  GUILTY                             ____NOT GUILTY

**If you answered "GUILTY" proceed to Question (B). If you answered "NOT GUILTY" proceed to Part II.**

    B.    As to quantity, we unanimously find that the defendant's agreement to possess with intent to distribute and to distribute narcotics involved:

        1.    5,000 grams or more of a mixture or substance containing a detectable amount of cocaine:

               ✓  YES                             ____NO

**If you answered "YES" proceed to Part II. If you answered "NO" proceed to Question (B)(2).**

        2.    500 grams or more of a mixture or substance containing a detectable amount of cocaine:

              ____YES                             ____NO

**If you answered "YES" proceed to Part II. If you answered "NO" proceed to Question (B)(3).**

       3.    An unspecified amount of a mixture or substance containing a detectable amount of cocaine:

      \_\_\_\_YES                             \_\_\_\_NO

**Proceed to Part II.**

II.  **COUNT TWO**:  <u>Conspiracy to Possess with Intent to Distribute and to Distribute Heroin</u>

    A.    As to Count Two which charges the defendant, from in or about the summer of 1996 up to and including September 2, 2003, with a violation of Title 21, United States Code, Sections 841 and 846, we unanimously find the defendant:

       ✓ GUILTY                     \_\_\_\_NOT GUILTY

**If you answered "GUILTY" proceed to Question (B).  If you answered "NOT GUILTY" proceed to Part III.**

    B.    As to quantity, we unanimously find that the defendant's agreement to possess with intent to distribute and to distribute narcotics involved:

        1.    1,000 grams or more of a mixture or substance containing a detectable amount of heroin:

       ✓ YES                        \_\_\_\_NO

**If you answered "YES" proceed to Part III.  If you answered "NO" proceed to Question (B)(2).**

        2.    100 grams or more of a mixture or substance containing a detectable amount of heroin:

      \_\_\_\_YES                         \_\_\_\_NO

**If you answered "YES" proceed to Part III.  If you answered "NO" proceed to Question (B)(3).**

        3.    An unspecified amount of a mixture or substance containing a detectable amount of heroin:

      \_\_\_\_YES                         \_\_\_\_NO

**Proceed to Part III.**

III. **COUNT THREE**:  <u>Knowing and Intentional Possession with Intent</u>
<u>to Distribute and Distribution of Heroin</u>

A.   As to Count Three which charges that, on or about March
3, 2002, the defendant knowingly and intentionally
possessed with intent to distribute and did distribute
a mixture or substance containing a detectable amount
of heroin in violation of Title 21, United States Code,
Section 841, we unanimously find the defendant:

_✓_ GUILTY                           ____NOT GUILTY

**Proceed to Part IV.**

IV.  **COUNT FOUR**:  <u>Knowing and Intentional Possession with Intent</u>
<u>to Distribute and Distribution of Heroin</u>

A.   As to Count Four which charges that, on or about July
1, 2002, the defendant knowingly and intentionally
possessed with intent to distribute and did distribute
a mixture or substance containing a detectable amount
of heroin in violation of Title 21, United States Code,
Section 841, we unanimously find the defendant:

_✓_ GUILTY                           ____NOT GUILTY

**Proceed to Part V.**

V.   **COUNT FIVE**:  <u>Knowing and Intentional Possession with Intent</u>
<u>to Distribute and Distribution of Heroin</u>

A.   As to Count Five which charges that, on or about August
1, 2002, the defendant knowingly and intentionally
possessed with intent to distribute and did distribute
a mixture or substance containing a detectable amount
of heroin in violation of Title 21, United States Code,
Section 841, we unanimously find the defendant:

_✓_ GUILTY                           ____NOT GUILTY

**Proceed to Part VI.**

**VI.    COUNT SIX:**    <u>Knowing and Intentional Possession with Intent</u>
<u>to Distribute and Distribution of Heroin</u>

    A.    As to Count Six which charges that, on or about June 5, 2003, the defendant knowingly and intentionally possessed with intent to distribute and did distribute a mixture or substance containing a detectable amount of heroin in violation of Title 21, United States Code, Section 841, we unanimously find the defendant:

                      **✓** GUILTY                         ____NOT GUILTY

**If you answered "GUILTY" to any of the questions above, please proceed to Parts VII & VIII.  If you answered "NOT GUILTY" to all of the questions above, your deliberations are completed and the foreperson should sign and date this form.**

**VII. DRUG QUANTITY**

    A.    Do you find that the criminal activity or activities of which you found the defendant guilty involved:

        1.    More than 50 kilograms of cocaine?

               ____YES                    **✓** NO

**If you answered "YES" proceed to Question (B).  If you answered "NO" proceed to Question A(2).**

        2.    At least 15 kilograms but less than 50 kilograms of cocaine?

               **✓** YES                    ____NO

**If you answered "YES" proceed to Question (B).  If you answered "NO" proceed to Question A(3).**

        3.    At least 5 kilograms but less than 15 kilograms of cocaine?

               ____YES                    ____NO

**If you answered "YES" proceed to Question (B).  If you answered "NO" proceed to Question A(4).**

4

4.  At least 3.5 kilograms but less than 5 kilograms of cocaine?

      \_\_\_\_YES                \_\_\_\_NO

If you answered "YES" proceed to Question (B).  If you answered "NO" proceed to Question A(5).

5.  At least 2 kilograms but less than 3.5 kilograms of cocaine?

      \_\_\_\_YES                \_\_\_\_NO

If you answered "YES" proceed to Question (B).  If you answered "NO" proceed to Question A(6).

6.  At least 500 grams but less than 2 kilograms of cocaine?

      \_\_\_\_YES                \_\_\_\_NO

If you answered "YES" proceed to Question (B).  If you answered "NO" proceed to Question A(7).

7.  At least 400 grams but less than 500 grams of cocaine?

      \_\_\_\_YES                \_\_\_\_NO

If you answered "YES" proceed to Question (B).  If you answered "NO" proceed to Question A(8).

8.  At least 300 grams but less than 400 kilograms of cocaine?

      \_\_\_\_YES                \_\_\_\_NO

If you answered "YES" proceed to Question (B).  If you answered "NO" proceed to Question A(9).

9.  At least 200 grams but less than 300 grams of cocaine?

      \_\_\_\_YES                \_\_\_\_NO

If you answered "YES" proceed to Question (B).  If you answered "NO" proceed to Question A(10).

5

10.  At least 100 grams but less than 200 grams of
     cocaine?

             ____YES                          ____NO

**If you answered "YES" proceed to Question (B).  If you answered
"NO" proceed to Question A(11).**

11.  At least 50 grams but less than 100 grams of
     cocaine?

             ____YES                          ____NO

**If you answered "YES" proceed to Question (B).  If you answered
"NO" proceed to Question A(12).**

12.  At least 25 grams but less than 50 grams of
     cocaine?

             ____YES                          ____NO

**If you answered "YES" proceed to Question (B).  If you answered
"NO" proceed to Question A(13).**

13.  Less than 25 grams of cocaine?

             ____YES                          ____NO

**Proceed to Question (B).**

B.  Do you find that the criminal activity or activities of
    which you found the defendant guilty involved:

    1.  30 kilograms or more of heroin?

             __✓__YES                          ____NO

**If you answered "YES" proceed to Part VIII.  If you answered "NO"
proceed to Question B(2).**

    2.  At least 10 kilograms of heroin but less than 30
        kilograms of heroin?

             ____YES                          ____NO

**If you answered "YES" proceed to Part VIII.  If you answered "NO"
proceed to Question B(3).**

6

3.    At least 3 kilograms of heroin but less than 10
      kilograms of heroin?

              _____YES                        _____NO

**If you answered "YES" proceed to Part VIII.  If you answered "NO"
proceed to Question B(4).**

4.    At least 1 kilogram of heroin but less than 3
      kilograms of heroin?

              _____YES                        _____NO

**If you answered "YES" proceed to Part VIII.  If you answered "NO"
proceed to Question B(5).**

5.    At least 700 grams of heroin but less than 1
      kilogram of heroin?

              _____YES                        _____NO

**If you answered "YES" proceed to Part VIII.  If you answered "NO"
proceed to Question B(6).**

6.    At least 400 grams of heroin but less than 700
      grams of heroin?

              _____YES                        _____NO

**If you answered "YES" proceed to Part VIII.  If you answered "NO"
proceed to Question B(7).**

7.    At least 100 grams of heroin but less than 400
      grams of heroin?

              _____YES                        _____NO

**If you answered "YES" proceed to Part VIII.  If you answered "NO"
proceed to Question B(8).**

8.    At least 80 grams of heroin but less than 100
      grams of heroin?

              _____YES                        _____NO

**If you answered "YES" proceed to Part VIII. If you answered "NO" proceed to Question B(9).**

       9.    At least 60 grams of heroin but less than 80 grams of heroin?

          _____YES               _____NO

**If you answered "YES" proceed to Part VIII. If you answered "NO" proceed to Question B(10).**

      10.    At least 40 grams of heroin but less than 60 grams of heroin?

          _____YES               _____NO

**If you answered "YES" proceed to Part VIII. If you answered "NO" proceed to Question B(11).**

      11.    At least 20 grams of heroin but less than 40 grams of heroin?

          _____YES               _____NO

**If you answered "YES" proceed to Part VIII. If you answered "NO" proceed to Question B(12).**

      12.    At least 10 grams of heroin but less than 20 grams of heroin?

          _____YES               _____NO

**If you answered "YES" proceed to Part VIII. If you answered "NO" proceed to Question B(13).**

      13.    At least 5 grams of heroin but less than 10 grams of heroin?

          _____YES               _____NO

**If you answered "YES" proceed to Part VIII. If you answered "NO" proceed to Question B(14).**

      14.   Less than 5 grams of heroin?

          _____YES               _____NO

Proceed to Part VIII.

## VIII. LEADERSHIP ROLE

A.    As to the defendant's role in the criminal activity or activities that you found him guilty of, do you find:

1.    The defendant was an organizer or leader and the criminal activity or activities involved five or more persons or was otherwise extensive?

✓ YES                                                   _____ NO

**If you answered "YES" your deliberations are completed and the foreperson should sign and date this form.  If you answered "NO" proceed to Question A(2).**

2.    The defendant was a manager or supervisor (but not an organizer or leader) and the criminal activity or activities involved five or more persons or was otherwise extensive?

_____ YES                                               _____ NO

**If you answered "YES" your deliberations are completed and the foreperson should sign and date this form.  If you answered "NO" proceed to Question A(3).**

3.    The defendant maintained some type of leadership position (either as an organizer, leader, manager, or supervisor) and the criminal activity or activities, while not extensive, involved one or more persons?

_____ YES                                               _____ NO

    Your deliberations are completed.  The foreperson should sign and date this form.

Margaret Alexander                          12-14-04
Foreperson                                  Date

9