UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 3:03cr264(AHN) |
| V. | : | |
| JORGE ORLANDO ARDILA | : | December 30, 2004 |

**MOTION FOR PERMISSION TO HAVE THE DEFENDANT PSYCHOLOGICALLY TESTED PRIOR TO SENTENCING**

JORGE ORLANDO ARDILA, the defendant in the above caption matter, through his undersigned counsel, hereby requests the honorable court to order him to undergo psychological testing prior to his sentencing. As revealed in his Pre-sentence Interview to both undersigned counsel and senior Probation officer Ray Lopez, Mr. Ardilla has in the past and is currently experiencing voices in his head. He is further suffering from memory loss due to an accident in 1993. Lastly, Mr. Ardilla is an older man, who also suffers from diabetes. As a result of his diabetes he is experiencing serve pain from circulatory problems with his legs, thus needing immediate medical attention. It is apparent that Mr. Ardilla is suffering from psychological difficulty and a psychological evaluation will assist defense counsel and the Court in his sentencing. For all of the above reasons the defendant requests the honorable court grant this motion and order the defendant to receive psychological testing, as well as medical treatment.

THE DEFENDANT

By_____
       Francis L. O'Reilly
       87 Ruane Street
       Fairfield, CT 06430
       203-319-0707
       Fed. Bar No. CT17505

## CERTIFICATION

     This is to certify that a copy of the foregoing was mailed, postage paid, this date to the following:

Stephen Reynolds, Esq.
United States Attorney's Office
District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT 06601

By: _____
     Francis L. O'Reilly