

UNITED STATES DISTRICT COURT

FILED

DISTRICT OF CONNECTICUT

2005 JAN -3 P 2: 05

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:03cr264(AHN) |
| V. | : | |
| JORGE ORLANDO ARDILA | : | December 30, 2004 |

**MOTION FOR PERMISSION TO HAVE THE DEFENDANT
PSYCHOLOGICALLY TESTED PRIOR TO SENTENCING**

JORGE ORLANDO ARDILA, the defendant in the above caption matter, through his undersigned counsel, hereby requests the honorable court to order him to undergo psychological testing prior to his sentencing. As revealed in his Pre-sentence Interview to both undersigned counsel and senior Probation officer Ray Lopez, Mr. Ardilla has in the past and is currently experiencing voices in his head. He is further suffering from memory loss due to an accident in 1993. Lastly, Mr. Ardilla is an older man, who also suffers from diabetes. As a result of his diabetes he is experiencing serve pain from circulatory problems with his legs, thus needing immediate medical attention. It is apparent that Mr. Ardilla is suffering from psychological difficulty and a psychological evaluation will assist defense counsel and the Court in his sentencing. For all of the above reasons the defendant requests the honorable court grant this motion and order the defendant to receive psychological testing, as well as medical treatment.

1/10/2005 GRANTED
FILED SO ORDERED
ALAN H. NEVAS, U.S.D.J.