UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 FEB 18  A 11: 10

U.S. DISTRICT COURT
BRIDGEPORT CONN

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| V.  : | CRIMINAL NO. 3:03CR00264(AHN) |
| Jorge Orlando Ardila  : | |
| aka "Angel Rivera" | |

### ORDER OF PSYCHIATRIC/PSYCHOLOGICAL EVALUATION
### TO AID THE COURT IN SENTENCING

**WHEREAS** the defendant Jorge Orlando Ardila, aka "Angel Rivera" has been found guilty of violations of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(C) and 846, and is awaiting sentencing; and

**WHEREAS** this Court desires more information than is otherwise available in order to determine the mental condition of the defendant for sentencing purposes, pursuant to 18 U.S.C. § 3552(b), it is hereby

ORDERED that the defendant be committed to the custody of the U.S. Bureau of Prisons under 18 U.S.C. § 3552(b) for an observation and study. The evaluation shall include a review of all available psychiatric, psychological, medical and other pertinent records of Mr. Ardila, which records (including the presentence report) shall be made available to the Bureau of Prisons through the United States Probation Office.

The study shall address the following questions, and any other matters that the Bureau of Prisons or its professional consultants believe are pertinent to the factors set forth in 18 U.S.C. § 3553(a):

1) Does the defendant suffer from a mental or psychological condition?

2) If so, was that condition causally connected to his participation in the instant offense, or was it a significant contributing factor?

The report shall include a recommendation of the Bureau or the consultants concerning the sentencing guidelines and policy statements, promulgated by the Sentencing Commission pursuant to 28 U.S.C. § 994(a), that they believe are applicable to the defendant's case.

Signed this 18 day of February, 2005 at Bridgeport, Connecticut.

The Honorable Alan H. Nevas
Senior U.S. District Judge