UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 3:03cr264(AHN)** |
| **V.** | : | |
| **JORGE ORLANDO ARDILA** | : | September 6, 2005 |

MOTION FOR CONTINUANCE OF SENTENCING

     Attorney Francis L. O'Reilly, representing the defendant, **JORGE ORLANDO ARDILA**, hereby respectfully moves the Court for a continuance of the defendant's sentencing date to the week of October 24, 2005. The Undersigned counsel has had a series of medical procedures which have temporarily prevented counsel from full activities thereby not providing counsel with adequate time to prepare for the sentencing. The undersigned has contacted Assistant United States Attorney Stephen Reynolds and he has not responded to this request, prior to the filing of this motion.

     WHEREFORE, the defendant respectfully requests the continuance of Sentencing to the week of October 24, 2005.

                                                                Respectfully submitted,

                                                                **JORGE ORLANDO ARDILA**

                                                                By_____
                                                                    Francis L. O'Reilly,
                                                                    87 Ruane Street
                                                                    Fairfield, CT 06430
                                                                    PH#203-319-0707
                                                                     Fed. Bar No.: CT17505

## **CERTIFICATION**

   This is to certify that a copy of the foregoing was mailed, postage paid, this date to the following:


Stephen Reynolds, Esq.
United States Attorney's Office
District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT 06601


                     By: _____
                        Francis L. O'Reilly