# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

District of __Connecticut__

__United States__

v.

__Jorge Ardilla__

Docket Number __3:03 cr 264 (AHN)__

__Nevas, J.__
(District Court Judge)

Notice is hereby given that __Jorge Ardilla__ appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [X]; order [ ]; other [ ]; _____ (specify)

entered in this action on __October 26, 2005__ (date)

Offense occurred after November 1, 1987   Yes [X]   No [ ]

The appeal concerns:   conviction only [ ];   sentence only [ ];   conviction and sentence [X].

FILED 2005 NOV -1 P 2:[?] U.S. DISTRICT COURT BRIDGEPORT, CONN

Date __November 1, 2005__

TO: __Stephen Reynolds, Esq. AUSA__
__915 Lafayette Blvd.__
__Bridgeport, CT 06601__

__Francis L. O'Reilly__
(Counsel for Appellant)

Address __87 Ruane St.__
__Fairfield, CT 06824__

Telephone Number __203-319-0707__

ADD ADDITIONAL PAGE IF NECESSARY

---

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION – FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
| [ ] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of:<br>[X] Pre-trial proceedings<br>[X] Trial<br>[X] Sentence<br>[ ] Post-trial proceedings | Presentment<br>Court Hearing during 11/04<br>12/2/04 - 12/9/04<br>10/26/05 |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ▶ Method of payment [ ] Funds [X] CJA Form 24

ATTORNEY'S signature _____   DATE __11/1/05__

---

▶ COURT REPORTER ACKNOWLEDGEMENT

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages. |
|---|---|---|
|  |  |  |

Date _____   Signature _____
(Court Reporter)

**COPY 1 - ORIGINAL**

CC: Court reporter 11/2/05 SB