UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No.: 3:03CR264(AHN) |
| | : | |
| v. | : | |
| | : | |
| JORGE ORLANDO ARDILA | : | DECEMBER 5, 2005 |

**MOTION TO DISMISS COUNTS ONE THROUGH FIVE OF THE ORIGINAL INDICTMENT AND COUNTS ONE THROUGH SIX OF THE FIRST SUPERSEDING INDICTMENT**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and pursuant to a request from the Clerk's Office, out of an abundance of caution, the Government hereby moves to dismiss Counts One through Five of the original Indictment dated September 18, 2003, as against the defendant, Jorge Orlando Ardila, in the above-referenced case; and Counts One through Six of the First Superseding Indictment dated June 6, 2004 as against the defendant, Jorge Orlando Ardila, in the above-referenced case.  As the Court is aware, the defendant was convicted on Counts One through Six of the Second Superseding Indictment at trial in December 2004 and was recently sentenced on those convictions.

                                        Respectfully submitted,

                                        KEVIN J. O'CONNOR
                                        UNITED STATES ATTORNEY


                                        STEPHEN B. REYNOLDS
                                        ASSISTANT UNITED STATES ATTORNEY
                                        FEDERAL BAR NO. ct19105
                                        UNITED STATES ATTORNEY'S OFFICE
                                        915 LAFAYETTE BOULEVARD
                                        BRIDGEPORT, CT 06604
                                        (203)696-3000
                                        (203)579-5575 (fax)
                                        Stephen.Reynolds@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was forwarded on this 6th day of December 2005 to:

Francis O'Reilly, Esq.
O'Reilly and Shaw
2 Sherman Court
Fairfield, CT 06430

 

STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY