| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | APRIL 3, 2007 |
| V. | : | 3:03-cr-00264-AHN-1 |
| JORGE ARDILA | : | |

## INDEX

The following items from the Criminal Dockets are hereby requested for the purposes of the Defendant's appeal pending before the Court of Appeals for the Second Circuit:

| | | |
|---|---|---|
| 1. | Item #2 | Sealed Complaint. |
| 2. | Item #54 | Motion for Alexander Schwartz to Withdraw. |
| 3. | Item #56 | Minute Entry for proceedings held before Nevas, J. |
| 4. | Item #58 | Attorney Appearance |
| 5. | Item #68 | Second Superseding Indictment |
| 6. | Item #69 | Motion for Release of *Brady* materials. |
| 7. | Item #70 | Motion for Early Disclosure. |
| 8. | Item #86 | Motion in Limine |
| 9. | Item #87 | Waiver of Speedy Trial. |
| 10. | Item #111 | Court Exhibit List. |
| 11. | Item #112 | Jury Verdict |
| 12. | Item #125 | Order |

13. Item #166        Judgment

14. Item #170        Notice of Appeal